

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 19991509**
**Date Processed: 06/24/2019**

| | |
|---|---|
| **Primary Contact:** | Marti Cornwell<br>UNUM Group<br>1 Fountain Square<br>Chattanooga, TN 37402 |
| **Electronic copy provided to:** | Jen Majic<br>Judy Drake<br>Janna Mullin |

| | |
|---|---|
| **Entity:** | UNUM Life Insurance Company Of America<br>Entity ID Number  2979591 |
| **Entity Served:** | Unum Life Insurance Company of America |
| **Title of Action:** | Janice Myers vs. Unum Life Insurance Company of America |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Madison County Circuit Court, KY |
| **Case/Reference No:** | 19-CI-00365 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 06/21/2019 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Elizabeth A. Thornsbury<br>859-225-3731 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Appendix to Notice of Removal

| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00365**<br><br>Court:  **CIRCUIT**<br><br>County: **MADISON** |

*Plantiff,* **MYERS, JANICE VS. UNUM LIFE INSURANCE COMPANY OF AMERICA**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

**421 WEST MAIN STREET**

**FRANKFORT, KY 40601**

Memo: Related party is UNUM LIFE INSURANCE COMPANY OF AMERICA

The Commonwealth of Kentucky to Defendant:
**UNUM LIFE INSURANCE COMPANY OF AMERICA**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **6/14/2019**

Presiding Judge: HON. JEAN C. LOGUE (625304)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

---

Summons ID: 170668912329875@00000119779
CIRCUIT: 19-CI-00365 Certified Mail
MYERS, JANICE VS. UNUM LIFE INSURANCE COMPANY OF AMERICA

Package : 000002 of 000009



Page 1 of 1


eFiled

Appendix to Notice of Removal

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
CIVIL DIVISION **I**
CASE NO. **19-CI-365**
*Electronically Filed*

JANICE MYERS                                                      PLAINTIFF

VS.                         **COMPLAINT AND JURY DEMAND**

UNUM LIFE INSURANCE COMPANY OF AMERICA                DEFENDANT

> **To be served through:**
> **Corporation Service Company**
> **421 West Main Street**
> **Frankfort, Kentucky 40601**

** ** ** ** ** ** ** ** ** **

Comes the Plaintiff, Janice Myers, by and through counsel, and for her Complaint against

Defendant UNUM Life Insurance Company of America ("UNUM" or "Defendant"), states as

follows:

1.    Plaintiff, Janice Myers, is, and was at all times relevant to the claims asserted herein, a

       citizen and resident of Kentucky.

2.    Defendant UNUM is an insurance company domiciled in the state of Maine, authorized

       to do the business of insurance in Kentucky by holding a Kentucky Certificate of

       Authority. UNUM's service of process agent is Corporation Service Company, 421

       West Main Street, Frankfort, Kentucky 40601, and UNUM may be served through said

       service of process agent.

3.    Jurisdiction and venue proper in this Court, as Plaintiff is a citizen and resident of

       Madison County, Kentucky, and was employed and worked in Kentucky, and UNUM

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000003 of 000009

conducted business in Kentucky and UNUM's actions caused damages in Madison County, Kentucky.

4.     Plaintiff was employed with Kentucky Surgery Center at the time she became disabled as set forth herein.

5.     UNUM supplied and issued a policy of insurance to Kentucky Surgery Center, where Plaintiff obtained coverage for long-term disability insurance ("LTD"). The applicable insurance policy number is believed to be 594778 002.

6.     The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

7.     The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> You are disabled when Unum determines that:
>
> – you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
> – you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.
>
> After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.
>
> You must be under the regular care of a physician in order to be considered disabled.
>
> The loss of a professional or occupational license or certification does not, in itself, constitute disability.
>
> We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum representative.

2

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000004 of 000009

Filed                    19-CI-00365      06/14/2019              David M. Fernandez, Madison Circuit Clerk

8.    Plaintiff, while working at Kentucky Surgery Center, became disabled as defined in her insurance policy on or about May 26, 2016. Plaintiff was unable to perform the material and substantial duties of her regular occupation, and suffered a 20% or more loss in her indexed monthly earnings due to her disability.

9.    Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at Kentucky Surgery Center and any other gainful occupation.

10.   Plaintiff applied for LTD benefits with UNUM in a timely fashion, in the manner outlined in the insurance policy. The insurance company's claim number for Plaintiff's LTD claim is 12813905.

11.   Plaintiff provided proof that she was disabled from work, and that she was unable to perform her regular occupation.

12.   By letter dated December 19, 2016, UNUM approved Plaintiff's claim for LTD benefits. Plaintiff's benefit start date was determined to be August 24, 2016.

13.   Defendant approved Plaintiff's claim for a period of time but has declined to pay any LTD benefits to Plaintiff beyond August 23, 2018.

14.   By letter dated August 28, 2018, Defendant denied Plaintiff's claim for LTD benefits.

15.   Plaintiff was, and remains, disabled, and she satisfies the definition of "disabled' under the LTD policy.

16.   Plaintiff is unable to perform the duties of any gainful occupation for which she is reasonably fitted by education, training or experience.

17.   Plaintiff submitted a timely appeal to the Defendant on February 21, 2019 in the manner set forth in the LTD certificate and provided additional information in support of her

3

Filed                    19-CI-00365      06/14/2019              David M. Fernandez, Madison Circuit Clerk

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000005 of 000009

Filed          19-CI-00365     06/14/2019          David M. Fernandez, Madison Circuit Clerk

claim, including an independent medical evaluation, vocational evaluation, and verification of approval for disability benefits through the Social Security Administration.

18.   By letter dated April 4, 2019, Defendant upheld the denial of Plaintiff's claim for LTD benefits.

19.   Plaintiff has filed any required appeals under the terms of the applicable LTD policy.

20.   Plaintiff also had, at all times relevant to the claims asserted herein, life insurance coverage with Defendant through her employment with Kentucky Surgery Center.

21.   The life insurance policy, believed to be policy number 594778 001, contains a waiver of premium ("WOP") provision, whereby premiums are to be waived when the claimant is disabled.

22.   Plaintiff's life insurance policy provides the following definition:

> You are disabled when Unum determines that:
>
> - during the elimination period, you are not working in any occupation due to your injury or sickness; and
> - after the elimination period, due to the same injury or sickness, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by training, education or experience.
>
> You must be under the regular care of a physician in order to be considered disabled.
>
> The loss of a professional or occupational license or certification does not, in itself, constitute disability.

23.   Following approval of her LTD claim, a life WOP claim was initiated by Defendant resulting from Plaintiff's LTD approval. The incident number for Plaintiff's life WOP claim is believed to be 12907181.

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000006 of 000009

4

Filed                    19-CI-00365    06/14/2019              David M. Fernandez, Madison Circuit Clerk

24.    Defendant approved the life WOP claim and waived premiums on life insurance coverage, until denying the claim on or about August 30, 2018.

25.    On February 21, 2019, Plaintiff timely and properly appealed the denial of her WOP benefits, in the manner set forth in the applicable policy.

26.    In her appeal, Plaintiff submitted additional medical documentation supporting her ongoing disability, including an independent medical examination, vocational evaluation, and verification of approval for disability benefits through the Social Security Administration.

27.    By letter dated April 4, 2019, Defendant upheld the denial of Plaintiff's claim for WOP benefits.

28.    The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract, applicable policies, and/or by law.

29.    Defendant has wrongfully withheld, and is responsible for, payment of LTD benefits and waiver of premiums to those entitled to benefits under the applicable policies, including Plaintiff.

30.    Plaintiff is entitled to LTD and WOP benefits, and Defendant should be required to perform under the contracts and pay LTD and WOP benefits to Plaintiff.

31.    The denial of Plaintiff's claims for LTD and WOP benefits is a breach of contract, and Defendant's breach of its contractual duties and obligations has caused Plaintiff damages.

32.    The decisions of Defendant to deny contractual benefits under the LTD policy and life insurance policy are erroneous, a breach of fiduciary duties, negligent, an abuse of discretion, arbitrary and capricious, and contrary to the overwhelming evidence

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000007 of 000009

5

Appendix to Notice of Removal

supplied to Defendant in the medical records and other information supplied by Plaintiff and on Plaintiff's behalf.

33.    The LTD policy and coverage, and life insurance policy and coverage, do not meet the qualifications of a plan under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et. seq.

34.    In the alternative to allegation number 33 above, if the policies at issue do meet the qualifications for ERISA, then the decision made by the Defendant was arbitrary and capricious, against the overwhelming evidence provided to the Defendant, and a breach of fiduciary duty, which entitles the Plaintiff to contractual benefits, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B), (a)(2), (a)(3), and (g).

35.    The Defendant should be enjoined from stopping payments under the contract.

36.    The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Janice Myers demands the following relief:

1.    Judgment against Defendant for full contractual benefits, attorney's fees, pre-judgment and post-judgment interest; and

2.    Waiver of premiums under the life insurance policy; and

3.    Trial by jury; and

4.    Any and all other relief to which Plaintiff appears to be entitled.

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000008 of 000009

6

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

7

Appendix to Notice of Removal

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000009 of 000009

‖█▌║█▌║█║║█▌║█▌║██║█║║█▌║█║║

David M. Fernandez, Madison Circuit Clerk
P.O. Box 1243, 101 West Main Street
Richmond, KY 40475-0813


CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601




## KCOJ eFiling Cover Sheet

Case Number: 19-CI-00365

Envelope Number: 1706689

Package Retrieval Number: 170668912329875@00000119779

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.25


The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. JEAN C. LOGUE (625304)

Package : 000001 of 000009

Appendix to Notice of Removal

David Fernandez
101 West Main Street
Richmond, KY 40475

9489 0090 0027 6096 4155 26

U.S. POSTAGE >> PITNEY BOWES

ZIP 40475   $ 006.40⁰
02 4W
0000340250 JUN 19 2019



CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601
19-CI-00365

Appendix to Notice of Removal